Brian H. Tran, Esq.
California Bar No. 255577
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00854

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JESUS REYES OROZCO AKA JESUS OROZCO REYES,<br><br>Debtor. | Case No.: 2:10-BK-15278-VZ<br><br>Chapter 13<br><br>**CONDITIONAL OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** |

TO DEBTOR, JESUS REYES OROZCO aka JESUS OROZCO REYES, DEBTOR'S COUNSEL LEROY BISHOP AUSTIN, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ("BAC"), Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following Conditional Opposition to Debtor's Motion For Authority to Sell Real Property Under LBR 3015-1 (p) (hereinafter "Motion") and requests a hearing in this matter.

///

1

1     This Secured Creditor holds the first Trust Deed on the Debtor's property generally described as **122 West Grant Street, Santa Maria, CA 93458**.

    According to Secured Creditor's records, BAC has not approved or consented to the short sale which would require a substantial loss to BAC as the total amount listed in its claim is $381,105.91, filed as claim number 4 in Debtors' case.

    This Secured Creditor is not necessarily opposed to the idea of a short sale on the subject property so long as it is either paid in full, or in the alternative, paid in an amount that is approved by this Secured Creditor. All sale proposals must be provided to Secured Creditor for approval before proceeding with executing the sale.

    Furthermore, Debtor has failed to provide the cost of sale and itemization of closing costs associated with the sale.

    Wherefore, Secured Creditor respectfully requests that the Court deny Debtors' motion to sell the property with prejudice. In the alternative, should the Court grant Debtors' motion to sell the subject property, BAC respectfully requests that the approval be contingent on full satisfaction of its lien, or in amount agreeable. Furthermore, the order shall read that Debtor shall not be allowed to consummate the sale and close escrow of the real property located at **122 West Grant Street, Santa Maria, CA 93458** without explicit written prior consent and approval of the 1st Trust Deed Holder BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 01/27/11    By: /s/ Brian H. Tran
    Brian H. Tran, Esq.
    Attorney for Secured Creditor

(10-00854)

2

## PROOF OF SERVICE

I, __Estrella P. Tan__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705.

On __January 27, 2011__, I served the within **CONDITIONAL OPPOSITION TO DEBTOR'S MOTION TO FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa Ana, California, addressed as follows:

| | |
|---|---|
| DEBTOR:<br>Jesus Reyes Orozco<br>266 W. Mission Ave.<br>Ventura, CA 93001 | ATTORNEY FOR DEBTOR:<br>Leroy Bishop Austin<br>3250 Wilshire Blvd. St. 1500<br>Los Angeles, CA 90010-1502 |
| JUNIOR LIENHOLDER:<br>BAC Home Loans Servicing, LP<br>P.O. Box 10219<br>Van Nuys, CA 91410 | CHAPTER 13 TRUSTEE:<br>Nancy K. Curry<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014 |
| | U.S. TRUSTEE:<br>Ernst & Young Plaza<br>725 South Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 |

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __January 27, 2011__, at Santa Ana, California.

/s/ Estrella P. Tan

10-00854

-3-